**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JESSE ROSENFELD, | ) | NO. CV 11-7002-DOC(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| THOMAS MASTIN, ET AL., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Plaintiff's Second, Fourth, Fifth and Sixth Causes of Action are dismissed without prejudice; (2) Defendants Prado and Uyeno's motion for summary judgment is granted on Plaintiff's First Cause of Action; (3) Defendants Fraser and Mastin's motion for summary judgment is granted on

Plaintiff's Third Cause of Action; and (4) Defendant Fraser's motion for summary judgment on Plaintiff's First Cause of Action is denied.

   IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff.

      DATED: October 15, 2013.

                              _David O. Carter_____
                               DAVID O. CARTER
                               UNITED STATES DISTRICT JUDGE